**JUDGE JONES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :      INDICTMENT

    - v. -                            :
                                                                 07 Cr.

DIONISIO DAVID TIBURCIO-DUVERGE, and   :
FERNANDO IGLESIAS-VARGAS,
                                        :

                  Defendants.



07 CRIM 1090

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1.  On or about August 31, 2007, in the Southern District of New York and elsewhere, DIONISIO DAVID TIBURCIO-DUVERGE and FERNANDO IGLESIAS-VARGAS, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that DIONISIO DAVID TIBURCIO-DUVERGE and FERNANDO IGLESIAS-VARGAS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about August 31, 2007, DIONISIO DAVID TIBURCIO-DUVERGE, the defendant, drove in a vehicle to a meeting in the Bronx, New York.

b. On or about August 31, 2007, FERNANDO IGLESIAS-VARGAS, the defendant, drove in a vehicle to a meeting in the Bronx, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

4. On or about August 31, 2007, in the Southern District of New York, DIONISIO DAVID TIBURCIO-DUVERGE, the defendant, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A); Title 18, United States Code, Section 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

DIONISIO DAVID TIBURCIO-DUVERGE, and
FERNANDO IGLESIAS-VARGAS,

Defendants.

---

INDICTMENT

07 Cr.

(21 U.S.C. §§ 812, 841(a)(1),
841(b)(1)(A), and 846; 18 U.S.C. § 2)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*/s/ Foreperson.*

---

12/3/07

Indictment filed, case assignment to Judge Jones.

F. Maas, USMJ