**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
Fernando Iglesias-Vargas
_____

(Alias) _____

_____

        Please PRINT Clearly
```

07 Cr. 1090 (BSJ) - 2
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:    JAMES M. PARKISON, CLERK

SIR:   YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

    1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [X] YES - IF YES GIVE YOUR DATE OF
                                                ADMISSION. MO. 08    YR. 1987

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE New York STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

January 9, 2008

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Mark I. Cohen
Attorney for Defendant

Cohen, Frankel + Ruggiero, LLP
Firm name if any

20 Vesey Street, Suite 1200
Street address

New York    NY    10007
City        State  Zip

(212) 732-0002
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186