# COHEN, FRANKEL & RUGGIERO, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
JOHN R. BEATTIE
SHANE KELLY

90-11 35th AVENUE
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093

April 7, 2008

**VIA FACSIMILE (212) 805-6191**
Hon. Barbara S. Jones, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/10/08

Re: *United States of America v. Fernando Iglesias-Vargas, et al.*
Docket Number 1:07-cr-1090 (BSJ)-2

Dear Judge Jones:

I am writing to request that the status conference currently scheduled Your Honor tomorrow, April 8, 2008, at 4:00 p.m. be adjourned for approximately two weeks to a date and time convenient to the Court. This adjournment is requested because the parties have arrived at a pre-trial disposition of the instant matter that needs to be reduced to writing. As such, it is respectfully submitted that the requested adjournment would be in furtherance of justice. I agree to the waiver of time under the Speedy Trial Act in the event that this request can be accommodated.

Your understanding and accommodation is greatly appreciated.

Very truly yours,

Mark I. Cohen, Esq.

MIC/jrb

Cc: A.U.S.A. Todd Blanche
Mr. Fernando Iglesias-Vargas

*Application granted. The pretrial conference for both defendants is adjourned to May 1, 2008 at 11:30AM. In the interest of justice for the reason stated above, speedy trial time is excluded from April 9, 2008 to May 1, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

**SO ORDERED**
Dated:
BARBARA S. JONES
U.S.D.J.
4/9/08