UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

UNITED STATES OF AMERICA,                          :

    v.                                             :          07 CR. 1090 (BSJ)

                                 :          ORDER

FERNANDO IGLESIAS VARGAS,                          :
        Defendant.                                 :

------------------------------------X

ORDER ACCEPTING THE PLEA ALLOCUTION
BEFORE A U.S. MAGISTRATE JUDGE

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On May 28, 2008, pursuant to Fed.R.Crim. 11, and with the defendant's consent, the Honorable Michael H. Dolinger, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Court has determined from this review that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea. Accordingly, the Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

**SO ORDERED.**

BARBARA S. JONES
**United States District Judge**

Dated: June 24, 2008
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08